RAMÓN PUJALS CARLO, peticionario, *v.* CORTE DE DISTRITO DEL DISTRITO JUDICIAL DE SAN JUAN, HON. PABLO BERGA, JUEZ, demandada.

No. 661.—*Sometido:* Julio 15, 1929. *Resuelto:* Enero 17, 1930.

*Pedro Amado Rivera* y *A. Rivas,* abogados del peticionario; *M. Acosta Velarde,* abogado del demandado en la acción principal.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

Se solicita la reconsideración de la sentencia que dictó esta corte en este caso el 26 de julio último porque aunque se llegara a la conclusión de que la corte municipal tenía jurisdicción para actuar en un pleito sobre reivindicación de "una franja de terreno de nueve metros cuadrados con treinta y cinco céntimos," siempre resultaría que actuó sin jurisdicción por razón de la cuantía. En la demanda la cuantía se alegó así:

"Que la descrita parcela, como antes se ha dicho, forma parte de la finca principal propiedad del demandante y tiene un valor no menor de cien dollars ($100.00)."

Según los autos elevados a virtud del *certiorari*, en la corte municipal se formuló la excepción de que la demanda no aducía hechos suficientes para constituir una buena causa de acción, sin expresarse por qué, como es la práctica aceptada. Después de la excepción sólo aparece la resolución de la corte declarándola sin lugar, la contestación—en la que no se levanta cuestión alguna relativa a la cuantía—y la sentencia declarando la demanda sin lugar después de practicada la evidencia, por entender la corte que el demandante no había probado su derecho a reivindicar la franja de terreno de que se trata.

Apeló el demandante para ante la corte de distrito y señalado el juicio de nuevo presentó "oralmente contra la demanda la excepción de falta de jurisdicción, porque la acción que se ejercita es una reivindicatoria de bienes inmuebles, sobre la cual no tenía jurisdicción original la corte municipal y, en su consecuencia, que tampoco esta corte la tiene para conocer en grado de apelación, citando el caso de *Colón* v. *El Registrador,* 38 D.P.R. 653".

La corte de distrito declaró con lugar la excepción basándose especialmente en el caso invocado de *Colón* v. *El Registrador,* 38 D.P.R. 653, y en su consecuencia desestimó la demanda por falta de jurisdicción para conocer de ella y ordenó el archivo y sobreseimiento del caso.

Fué esa resolución de la corte de distrito la que esta Corte Suprema revisó y anuló en este procedimiento de *certiorari* por entender que las cortes municipales tienen jurisdicción para conocer en acciones reivindicatorias siempre que la cuantía de la cosa reclamada no exceda de quinientos dólares.

Es cierto que al oponerse al auto de *certiorari* en esta Corte Suprema la parte demandada en el pleito levantó también la cuestión de la cuantía que ahora renueva, y que esta corte dejó de considerarla en su opinión.

La corte se limitó a la cuestión que realmente motivó la solicitud de *certiorari* y dejó de tratar la otra porque aunque en verdad resulta defectuosamente alegada la cuantía por haberse usado la palabra "menor" en vez seguramente de la palabra "mayor,"—error que, atendidas todas las circunstancias que concurren en el caso, es aparente,—el defecto pudo quedar corregido en la corte municipal y puede corregirse también en la de distrito a la que vuelven los autos a virtud de la resolución dictada en el recurso de *certiorari*.

*Siendo ello así, la moción de reconsideración debe declararse sin lugar.*

El Juez Asociado Señor Wolf disintió.*